**Order entered March 13, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00860-CV

**BBVA COMPASS, ET AL., Appellants**

**V.**

**DAVID BAGWELL, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00991**

## ORDER

Before the Court is appellees' March 11, 2019 second joint motion to extend time to file their respective briefs. We **GRANT** appellees' motion and extend the time for them to file their respective response briefs to **April 17, 2019**. We caution appellees that further requests for extension of time will be disfavored absent compelling circumstances.

/s/     BILL WHITEHILL
          JUSTICE